UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOC., | 2:23-cv-02686-KJN |
| Plaintiff, | ORDER |
| v. | |
| STAFFORD TRUCKING, INC., ET AL, | |
| Defendant | |

This case was filed on November 16, 2023, and assigned solely to the undersigned pursuant to Appendix A of the court's Local Rules. (ECF No. 1.)  Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline form (ECF No. 4-1) within 90 days of the date the action was filed, in this case by February 14, 2024. (ECF No. 4 at 2, para. 2.)

A review of the docket indicates that not all parties have filed their Consent/Decline forms. There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented.  See Fed. R. Civ. P. 73(b)(1).  However, for proper case administration, each party must inform the Clerk of Court whether or not it consents to magistrate judge jurisdiction

1

for all purposes.  Therefore, no later than February 14, 2024, all parties SHALL file their Consent/Decline form.

Further, the parties are reminded that defendant's Answer filed on January 19, 2024 (ECF No. 9), triggers the 30-day deadline for the parties to file a Joint Status Report addressing the subjects listed in Local Rule 240(a) to assist the court in setting a scheduling order for the case. (See ECF No. 4, para. 3.)  However, that deadline only applies if all parties consent to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c).  In the event that not all parties consent, this case would be randomly reassigned to a district judge as presiding judge, and that district judge would direct the case's scheduling.

## ORDER

Accordingly, it is HEREBY ORDERED that no later than February 14, 2024, all parties file their Consent/Decline form.

Dated:  February 7, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

usba.2686