**Benjamin R. Trachtman, Esq. [SBN 137458]**
ben@trachtmanlaw.com
**Kevin L. Henderson, Esq. [SBN 150434]**
kevin@trachtmanlaw.com
**TRACHTMAN LAW GROUP LLP**
19732 MacArthur Blvd., Suite 100
Irvine, CA  92612
Telephone:  (949) 282-0100
Facsimile:  (949) 282-0111

Attorneys for Plaintiff, U.S. BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STAFFORD TRUCKING, INC., and JORGE CARLOS CAMEJO CASTELLANOS,<br><br>　　　　　Defendants. | CASE NO.: 2:23-CV-02686-CSK<br><br>[PROPOSED] ORDER CONTINUING FURTHER SCHEDULING CONFERENCE<br><br>[Filed concurrently with Stipulation to Continue Further Scheduling Conference]<br><br>**COMPLAINT FILED:  11/16/23**<br>**TRIAL DATE:           10/20/25** |

　　　After having received and reviewed the parties' Stipulation to Continue Further Scheduling Conference, and for good cause shown,

　　　IT IS HEREBY ORDERED that the Further Scheduling Conference presently set for September 17, 2024 is continued to November 19, 2024 at 10:00 a.m. in Courtroom 25.

Dated:  September 10, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, usba2686.23

-1-
_____
[PROPOSED] ORDER CONTINUING FURTHER SCHEDULING CONFERENCE