UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| U.S. BANK NATIONAL ASSOCIATION, | Case No. 2:23-cv-02686-CSK |
|---|---|
| Plaintiff, | |
| v. | ORDER MODIFIYING PRETRIAL SCHEDULING ORDER |
| STAFFORD TRUCKING, INC., et al., | (ECF No. 22) |
| Defendants. | |

On November 19, 2024, the Court held a further scheduling conference via Zoom in this matter. ECF No. 34. The parties requested modifying the scheduling deadlines related to discovery to evaluate damages and because parties were working towards a resolution. Finding good cause, the Court will grant parties' request to modify the Court's June 10, 2024 Pretrial Scheduling Order (ECF No. 22) as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosures Due By | March 5, 2024 | **Unchanged** |
| Joint Mid-Discovery Statement Filed By | September 6, 2024 | **Unchanged** |
| Non-Expert Discovery Completion | December 30, 2024 | **February 28, 2025** |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Simultaneous Initial Expert Disclosures Due By | December 30, 2024 | **February 28, 2025** |
| Rebuttal Expert Disclosures Due By | January 30, 2025 | **March 31, 2025** |
| Expert Discovery Completion | March 17, 2025 | **April 18, 2025** |
| Dispositive Motions Filed By | May 16, 2025 | **Unchanged** |
| Dispositive Motions Heard By | June 20, 2025 | **Unchanged** |
| Joint Pretrial Statement Filed By | 21 days before the FPTC | **Unchanged** |
| Motions In Limine Filed By | 14 days before the FPTC | **Unchanged** |
| Final Pretrial Conference ("FPTC") and Motions In Limine Hearing | September 29, 2025 | **Unchanged** |
| Trial (5 days) | October 20, 2025 | **Unchanged** |

Dated:  November 21, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, usba2686.23